# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL S. KADIN, | |
| Plaintiff, | CASE NO. 1:21-cv-2566 |
| v. | |
| ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES, LLC and ROBINHOOD MARKETS, INC., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Daniel S. Kadin, by and through his undersigned counsel, hereby voluntarily dismisses without prejudice all claims against Defendants Robinhood Financial LLC, Robinhood Securities LLC, and Robinhood Markets Inc.

Dated:  April 13, 2021

Respectfully submitted,

**GUCOVSCHI LAW, PLLC.**

By:     */s/ Adrian Gucovschi*
           Adrian Gucovschi, Esq.

Adrian Gucovschi, Esq.
630 Fifth Avenue, Suite 2000
New York, NY 10111
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschi-law.com

*Attorney for Plaintiff*