CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21−cv−02566−KPF

| | |
|---|---|
| Kadin v. Robinhood Financial LLC et al | Date Filed: 03/25/2021 |
| Assigned to: Judge Katherine Polk Failla | Date Terminated: 04/19/2021 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Cause: 15:78j(b)ss Stockholder Suit | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Daniel S. Kadin**     represented by     **Adrian Gucovschi**
Gucovschi Law, PLLC
630 Fifth Avenue
Suite 2000
New York, NY 10111
212−884−4230
Email: adrian@gucovschi−law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robinhood Financial, LLC**

**Defendant**

**Robinhood Securities, LLC**

**Defendant**

**Robinhood Markets, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2021 | 1 | COMPLAINT against ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, Robinhood Markets, Inc.. (Filing Fee $ 402.00, Receipt Number ANYSDC−24305154)Document filed by Daniel S. Kadin..(Gucovschi, Adrian) (Entered: 03/25/2021) |
| 03/25/2021 | 2 | CIVIL COVER SHEET filed..(Gucovschi, Adrian) (Entered: 03/25/2021) |
| 03/25/2021 | 3 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Robinhood Financials LLC, Robinhood Securities, LLC, and Robinhood Markets LLC, re: 1 Complaint. Document filed by Daniel S. Kadin..(Gucovschi, Adrian) Modified on 3/26/2021 (sj). (Entered: 03/25/2021) |
| 03/25/2021 | 4 | WAIVER OF SERVICE RETURNED EXECUTED. ROBINHOOD FINANCIAL LLC waiver sent on 3/25/2021, answer due 5/24/2021. Document filed by Daniel S. Kadin..(Gucovschi, Adrian) (Entered: 03/25/2021) |
| 03/25/2021 | 5 | |

| Date | # | Description |
|---|---|---|
| | | WAIVER OF SERVICE RETURNED EXECUTED. ROBINHOOD SECURITIES, LLC waiver sent on 3/25/2021, answer due 5/24/2021. Document filed by Daniel S. Kadin..(Gucovschi, Adrian) (Entered: 03/25/2021) |
| 03/25/2021 | 6 | WAIVER OF SERVICE RETURNED EXECUTED. Robinhood Markets, Inc. waiver sent on 3/25/2021, answer due 5/24/2021. Document filed by Daniel S. Kadin..(Gucovschi, Adrian) (Entered: 03/25/2021) |
| 03/26/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Adrian Gucovschi. The party information for the following party/parties has been modified: Robinhood Financial, LLC; Robinhood Securities, LLC. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps. (sj)** (Entered: 03/26/2021) |
| 03/26/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Katherine Polk Failla. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(sj) (Entered: 03/26/2021) |
| 03/26/2021 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (sj) (Entered: 03/26/2021) |
| 03/26/2021 | | Case Designated ECF. (sj) (Entered: 03/26/2021) |
| 03/26/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Adrian Gucovschi to RE−FILE Document No. 3 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; typographical error with case number. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (sj)** (Entered: 03/26/2021) |
| 04/13/2021 | 7 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice against the defendant(s) Robinhood Financial, LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. Document filed by Daniel S. Kadin. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Gucovschi, Adrian) (Entered: 04/13/2021) |
| 04/19/2021 | 8 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. − S.D.N.Y to the United States District Court − Southern District of Florida. (Signed by MDL Panel on 4/13/2021) (sjo) (Entered: 04/19/2021) |
| 04/19/2021 | | MDL TRANSFER OUT ELECTRONICALLY: to the United States District Court − Southern District of Florida. (sjo) (Entered: 04/19/2021) |